**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charlotte Mitchell** | Social Security number or ITIN    **xxx–xx–9010** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **Northern District of Illinois**

Case number:    **17–31374**

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charlotte Mitchell

February 13, 2018                                                **For the court:**    Jeffrey P. Allsteadt, Clerk
                                                                                      United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                             Case No. 17-31374-PSH
Charlotte Mitchell                                                 Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: Feb 13, 2018
                              Form ID: 318                 Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db             Charlotte Mitchell,    8015 Lincoln Ln.,    Frankfort, IL 60423
26120707      +Caliber Home Loans,   Po Box 24610,    Oklahoma City, OK 73124-0610
26120715      +Chasmccarthy,    705 N. East St.,   Bloomington, IL 61701-3045
26120716      +Citi,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,    Saint Louis, MO 63179-0040
26120717      +Citibank/The Home Depot,     Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                Saint Louis, MO 63179-0040
26120732      +Keith Shindler,    1990 E. Algonquin Rd, Suite 180,     Schaumburg, IL 60173-4164
26120733      +Kennth J. Donkel,    7220 W. 194th St. #105,    Tinley Park, IL 60487-9228
26120740      +SST/Columbus Bank & Trust,     Po Box 3997,   Saint Joseph, MO 64503-0997
26120739      +SST/Columbus Bank & Trust,     Attn: Bankruptcy Dept.,    Po Box 3997,    St Joseph, MO 64503-0997
26120738      +Sst/cigpficorp,    4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
26120741       United Biologics LLC dba United Allergy,     c/o Kenneth J. Donkel,
                7720 W. 194th St.,    St. #105,   Tinley Park, IL 60487
26120742      +Visa Dept Store National Bank/Macy’s,     Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
26120743      +Visa Dept Store National Bank/Macy’s,     Po Box 8218,    Mason, OH 45040-8218
26120744      +Zwicker & Associates P.C.,     7366 N. Lincoln Ave.,    Suite 404,   Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QZLZIELINSKI.COM Feb 14 2018 01:43:00       Zane Zielinski, Trustee,    Zane Zielinski P.C.,
                6336 North Cicero,    Suite 201,   Chicago, IL 60646-4448
26120700      +EDI: MERRICKBANK.COM Feb 14 2018 01:43:00       Advanta Bk,   Welsh and McKean Roads,
                Po Box 844,    Spring House, PA 19477-0844
26120701      +EDI: MERRICKBANK.COM Feb 14 2018 01:43:00       Advanta Bk,   Po Box 9217,
                Old Bethpage, NY 11804-9017
26120702      +EDI: AMEREXPR.COM Feb 14 2018 01:43:00       American Express,   Po Box 297871,
                Fort Lauderdale, FL 33329-7871
26120703      +EDI: AMEREXPR.COM Feb 14 2018 01:43:00       Amex,   Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
26120704      +EDI: AMEREXPR.COM Feb 14 2018 01:43:00       Amex,   Po Box 297871,
                Fort Lauderdale, FL 33329-7871
26120706       EDI: BANKAMER.COM Feb 14 2018 01:43:00       Bank of America,   Po Box 982238,
                El Paso, TX 79998
26120705      +EDI: BANKAMER.COM Feb 14 2018 01:43:00       Bank of America,   Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
26120709       EDI: CAPITALONE.COM Feb 14 2018 01:43:00       Capital One,   15000 Capital One Dr,
                Richmond, VA 23238
26120708      +EDI: CAPITALONE.COM Feb 14 2018 01:43:00       Capital One,   Attn: Bankruptcy,    Po Box 30253,
                Salt Lake City, UT 84130-0253
26120711      +EDI: CAPITALONE.COM Feb 14 2018 01:43:00       Capital One Bank,   P.O. Box 6492,
                Carol Stream, IL 60197-6492
26120712      +EDI: CAPITALONE.COM Feb 14 2018 01:43:00       Capital One/Carson,
                Attn: General Correspondence/Bankruptcy,     Po Box 30285,   Salt Lake City, UT 84130-0285
26120713      +EDI: CHASE.COM Feb 14 2018 01:43:00      Chase Card,    Attn: Correspondence Dept.,
                Po Box 15298,    Wilmington, DE 19850-5298
26120714      +EDI: CHASE.COM Feb 14 2018 01:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
26120718      +EDI: CITICORP.COM Feb 14 2018 01:43:00       Citibank/The Home Depot,    Po Box 6497,
                Sioux Falls, SD 57117-6497
26120719      +EDI: WFNNB.COM Feb 14 2018 01:43:00      Comenity Bank/Carsons,    Po Box 182125,
                Columbus, OH 43218-2125
26120720      +EDI: WFNNB.COM Feb 14 2018 01:43:00      Comenity Bank/Carsons,    3100 Easton Square Pl.,
                Columbus, OH 43219-6232
26120721      +EDI: WFNNB.COM Feb 14 2018 01:43:00      Comenity Bank/Express,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
26120722      +EDI: WFNNB.COM Feb 14 2018 01:43:00      Comenity Bank/Express,    Po Box 182789,
                Columbus, OH 43218-2789
26120723      +EDI: WFNNB.COM Feb 14 2018 01:43:00      Comenity Bank/Harlem Furniture,    Po Box 182125,
                Columbus, OH 43218-2125
26120724      +EDI: WFNNB.COM Feb 14 2018 01:43:00      Comenity Bank/Harlem Furniture,    Po Box 182789,
                Columbus, OH 43218-2789
26120725       EDI: IRS.COM Feb 14 2018 01:43:00      Department of the Treasury,    Internal Revenue Service,
                Po Box 7346,    Philadelphia, PA 19101-7346
26120727       E-mail/Text: bankruptcy@gbmail.com Feb 14 2018 02:41:58        Guaranty Bank,
                4000 W Brown Deer Rd,    Milwaukee, WI 53209
26120726       E-mail/Text: bankruptcy@gbmail.com Feb 14 2018 02:41:58        Guaranty Bank,   Attn: Bankruptcy,
                4000 West Brown Deer Rd,    Milwaukee, WI 53209
26120728      +E-mail/Text: des.claimantbankruptcy@illinois.gov Feb 14 2018 02:42:25
                Illinois Department of Employment Sec.,     Po Box 4385,   Chicago, IL 60680-4385
26120729       E-mail/Text: rev.bankruptcy@illinois.gov Feb 14 2018 02:40:14
                Illinois Department of Revenue,    Bankruptcy Section,    Po Box 64338,   Chicago, IL 60664-0338
26120734      +E-mail/Text: zshepherd@loantolearn.com Feb 14 2018 02:40:07        Loan To Learn,
                45610 Woodland Rd.,    Suite 37,   Sterling, VA 20166-4219
26120736      +EDI: NAVIENTFKASMSERV.COM Feb 14 2018 01:43:00       Navient,   Po Box 9500,
                Wilkes Barre, PA 18773-9500
```

```
District/off: 0752-1          User: ccabrales         Page 2 of 2           Date Rcvd: Feb 13, 2018
                              Form ID: 318            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
26120735      +EDI: NAVIENTFKASMSERV.COM Feb 14 2018 01:43:00     Navient,   Attn: Bankruptcy,   Po Box 9500,
               Wilkes-Barr, PA 18773-9500
26120737      +EDI: SWCR.COM Feb 14 2018 01:43:00     Southwest Credit Systems,   4120 International Pkwy.,
               Suite 110,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26120710*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr.,   Richmond, VA 23238)
26120730*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   Centralized Insolvency Operation,
               Po Box 21126,   Philadelphia, PA 19114-0326)
26120731*     +Internal Revenue Service,   Department of Treasury,   Po Box 7346,
               Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:
```
              Joseph S Davidson    on behalf of Debtor 1 Charlotte  Mitchell jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane  Zielinski, Trustee    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```